IN THE UNITED STATES DISTRICT COURT
FOR THE

NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**

David Misch          SEP 14 2022
and          CLERK, U.S. DISTRICT COURT          Civil Action No.
          NORTHERN DISTRICT OF CALIFORNIA
Keith H. Washington
          Plaintiffs pro se

V.

Alameda County Sheriff          COMPLAINT
Office
ARAMARK
Sheriff Greg Ahearn
Sheriff (elect) Yessenia
          Sanchez
Defendants

- - - - - - - - - - - - - -

I.

## JURISDICTION & VENUE

1.) This is a civil action authorized by 42 U.S.C.
Section 1983 and RLUIPA 42 U.S.C. 2000cc-3(e)
inorder to redress the deprivation, under color
of state law, of rights secured by the Consti-
tution of the United States. The court
has jurisdiction under 28. U.S.C. Section
1331 and 1343(a)(3).

-1-

Complaint cont..

# I. cont...
## JURISDICTION & VENUE

Plaintiff Misch and Plaintiff Washington seek declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Misch and Plaintiff Washington's claim for injunctive relief are authorized by 28 U.S.C. Sections 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2.) The Northern District of California is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

# II.

## PLAINTIFFS

3.) Plaintiff David Misch is and was at all times mentioned herein a prisoner of the State of California in the custody of the Alameda County Sheriff's Office. He is currently confined at the Santa Rita County Jail located in Dublin, California.

Complaint cont...

## II.

## PLAINTIFFS cont...

4.) Plaintiff Keith H. Washington is and was at all times mentioned herein a prisoner of State of California and U.S. Federal Government in the custody of the Alameda County Sheriff's Office. He is currently confined at the Santa Rita County Jail located in Dublin, California.

## III.

## DEFENDANTS

5.) Defendant Alameda County Sheriff's Office is legally responsible for the operation of the Santa Rita County Jail and for the welfare of all inmates at the Jail.

6.) Defendant ARAMARK corporation currently has the contract to provide all meals to inmates housed at the Santa Rita County Jail.

(AHERN)

7.) Defendant Greg Ahearn is currently the Sheriff of Alameda County and is responsible for the Santa Rita County Jail as well as the deputies who are his subordinates,

-3-

Complaint Cont...

## III. cont..

### DEFENDANTS

8.) Defendant Yessenia Sanchez is currently the Sheriff (elect) of Alameda County and has held the rank of Commander of the Santa Rita County Jail. She is legally responsible for the operation of Santa Rita County Jail and for the welfare of all the inmates at that Jail.

9.) Each defendant is sued individually and in their official capacity. At all times mentioned in this complaint, each defendant acted under the color of State law.

## IV.

### FACTS

10.) At all times relevant to this case, Plaintiffs David Misch and Keith H. Washington were housed in close proximity to one another on Building 2 of the Restricted Housing Unit at Santa Rita County Jail located in Dublin, California.

-4-

Complaint Cont.

# IV. cont. -
## FACTS

11.) It is relevant to mention that Plaintiff David Misch has been housed at the Santa Rita County Jail over 4 years. After numerous requests to be placed on the Kosher/Halal Religious Diet were ignored by Sheriff Deputies he opted to engage in a hunger strike until his Religious Diet request was granted.

12.) Plaintiff Keith H. Washington did arrive at the Santa Rita County Jail on or around March 21st, 2022. Plaintiff Washington immediately submitted a request to the Chaplain to be placed on the Kosher/Halal Religious Diet. Like Mr. Misch his request was ignored, it took four months for plaintiff Washington to be finally placed on the Kosher/Halal Religious Diet.

Complaint cont...

## IV cont...
### FACTS

13.) Plaintiff Misch is a practicioner of the Wicca Religion and follows the traditions of Yahweh in regard to his consumption of food. The Kosher/Halal Diet meets the standard of his sincere beliefs.

14.) Plaintiff Washington practices the Islamic Faith and a Kosher/Halal diet meets the Food consumption standard of his sincerely held beliefs.

15.) Since being placed on the Kosher/Halal Diet list at Santa Rita County Jail both plaintiffs have observed the following:

A.) The Food Contractor ARAMARK routinely delivers Religious Diet (Kosher/Halal) meals which <u>do not</u> have the adequate amount or in many cases do not contain the items listed on the ARAMARK Religious Menu. (Exhibit A)

-6-

## IV cont...
## FACTS

16.) From May 20, 2020 thru May 7th, 2022 Plaintiff Misch submitted approximately Thirty Seven (37) electronic messages via his GTL Tablet to the Kitchen and ARAMARK Supervisors. (see Exhibit B) ARAMARK and Kitchen Supervisors at the Santa Rita County Jail refused to respond to any of these electronic messages regarding Food Shortages in Kosher/Halal Meals.

17.) Plaintiff Misch submitted a grievance citing "Non Response" to his electronic messages regarding Shortages in Religious Diets. The response he received was: "ARAMARK Kitchen Supervisors are not responsible for inmate concerns." end of quote

18.) Plaintiff Washington has submitted multiple grievances citing Food Shortages in his Religious Diet as well as his Kosher/Halal meal being served in unsanitary/unclean plastic hard Trays.

## IV. cont...
## FACTS

19.) On July 31, 2022 Plaintiff Washington submitted a grievance (#22-3947) which we assign Exhibit C. The grievance states that "ALL Kosher and Halal meals shall be served in clean and sanitary floppy trays." Plaintiff Washington cited a grievance by Plaintiff Misch on the same subject which had been AFFIRMED by the grievance department at Santa Rita County Jail.

20.) On or around August 29th, 2022 the grievance department Denied Plaintiff Washington's grievance (#22-3947) and stated that the American Correctional Association (ACA) had recently performed an audit at Santa Rita County Jail and found the Kitchen (ARAMARK) to be in compliance with BSCC Religious meal guidelines. Both Plaintiffs Misch and Washington find this to be completely FALSE.

IV cont...

## FACTS

21.) On August 21st, 2022 Plaintiff Washington submitted a grievance see Exhibit D citing a shortage on his Religious Diet breakfast tray. Plaintiff Washington also raised the issue of cross contamination because ARAMARK continues to serve Kosher/Halal meals on unsanitary/unclean plastic hard trays.

22.) Plaintiff Misch has submitted well over One hundred (100) grievances which clearly cite shortages in his Kosher/Halal meals.

23.) On August 6th, 2022 Plaintiff Washington submitted a grievance which highlighted the FACT that "the Grievance Unit in consort with the Alameda County/ Sheriff Office has created an illegitimate program that does not serve its purpose. See Exhibit E.

## IV cont..

## FACTS

24.) On August 5th, 2022 Plaintiff Misch submitted a grievance (Exhibit F) which cited a violation of Board of State and Community Corrections (BSCC) Guidelines related to the serving of Kosher/Halal meals. (ARAMARK continues to serve our Religious meals on unsanitary/unclean hard plastic trays rather than the Disposable Floppy Tray per approved Menu! See Exhibit A (Menu).

25.) On August 24th, 2022 Plaintiff Misch submitted a grievance (Exhibit G) citing shortage of fruit on his break-fast tray. It is relevant to note that these shortages of items happen regularly and affect all Religious Adherents at all meal times.

26.) Plaintiff Misch has become a target for Retaliation by Alameda County Sheriff Deputies because of his attempts to Access the Court and utilize the Grievance Program.

# V.
## LEGAL CLAIMS

27.) Defendants ARAMARK and the Alameda County Sheriff Office (ACSO) have routinely served Religious Meals (Kosher/Halal) that do not have approved items per ARAMARKS own Religious meal menu. The shortages have forced Plaintiffs Misch and Washington into a decision whether to go hungry/ or continue accepting meals which do not have the proper nutritional and Caloric Values.

Defendant ARAMARK and ACSO have Violated the Plaintiff's Rights under the Religious Land Use and Institutionalized Persons Act by placing a unreasonable Substantial Burden on their religious exercise & practice.

28.) Defendants ARAMARK and ACSO have infringed upon and violated the Plaintiffs First Amendment U.S. Constitutional Rights (Free exercise Clause).

Complaint Cont...

29.) Plaintiff Misch and Plaintiff Washington assert that all Defendants- ACSO, ARA-Mark, Sheriff Ahearn and Sheriff Sanchez collectively violated the Equal Protection Clause (14th U.S.CA. Amendment). Plaintiffs state that they were treated in a discriminatory manner because they chose to subscribe to the Kosher/Halal Religious Diet.

30.) Food is a basic need and the Plaintiffs strongly believe that all Defendants visited 'cruel & unusual' circumstances upon them by routinely refusing to provide the proper Religious Diet items via Kosher/Halal-Diet.

Note: A violation of the U.S. Constitution's Eighth Amendment must be considered after the Honorable Court reviews the totality of the evidence.

-12-

Complaint cont....

31.) Defendants Ahearn and Sanchez can be shown to be liable and personally involved in regard to the ongoing deprivation of Plaintiffs Religious and U.S. Constitutional Rights.

Plaintiffs request the Honorable Court consider the following:

A.) After being informed of the violations through report, appeal or grievance- Defendants Ahearn and Sanchez failed to remedy the wrong.

B.) Defendants Ahearn and Sanchez did create a policy and/or custom at the jail under which unconstitutional practices occurred and they allowed the continuance of such policies and/or customs.

C.) Defendants Ahearn and Sanchez were grossly negligent in supervising ARAMARK as well as their subordinates who commited wrongful acts.

32.) Plaintiff Misch and Plaintiff Washington assert that there is an appearance of a collusive relationship between the Grievance Department at Santa Rita County Jail and ARAMARK corporation.
Rather than hold ARAMARK accountable when they ignore policy, the Grievance Department crafts responses to our grievances which protect and shield ARAMARK and ACSO from legal liability.

33.)*On June 15, 2022 Plaintiff Misch was subjected to a physical assault by Two Alameda County Sheriff Deputies. Plaintiff Washington witnessed the incident and crafted an 8 page Affidavit. Plaintiff Misch and Plaintiff Washington believe this un-necessary use of Excessive Force was in retaliation to Plaintiff Misch's filing of Grievances and attempts to Access the Courts.*(First Amendment Violation)

Gomez v. Vernon. 255 F.3d 1118 (9th Cir. 2001)

Complaint cont...

## VI.
## PRAYER FOR RELIEF

34.) WHEREFORE, Plaintiffs respectfully pray that this court enter judgement:

Granting Plaintiff Misch and Plaintiff Washington a declaration that the acts and omissions described herein violate their rights under the Constitution and laws of the United States, and

35.) A preliminary and permanent injunction Ordering Defendants ARAMARK and the Alameda County Sheriff Office to provide Kosher/Halal meals which meet **All** requirements regarding portion size, volume, weight, amount, item and nutritional and Caloric Values — as well as an Order—Ordering ARAMARK and the Alameda County Sheriff Office to serve Kosher/Halal meals in disposable trays or specially designated trays that are visibly distinguishable from meal trays used for non-religious meals.

Complaint Cont.

## VI. cont..
## PRAYER FOR RELIEF cont..

36.) A preliminary and permanent injunction Ordering a Special Expert monitor to oversee the Religious Diet program at the Santa Rita County Jail For 3 (Three) years.

37.) A preliminary and permanent injunction Ordering a Special Expert monitor to Supervise the Grievance Program at the Santa Rita County Jail.- For 2 years.

38.) A preliminary and permanent injunction ordering the Alameda County Sheriff OFFice to Search, Find and award the Religious Diet program contract to a Vendor other than ARAMARK.

39.) A preliminary and permanent injunction Ordering the Alameda County Sheriff OFFice to reFrain From all acts oF Retaliation against PlaintiFF Misch and PlaintiFF Washington For Accessing the Courts.-or Filing grievances.

-16-

## VI. cont. ..
## PRAYER FOR RELIEF cont...

40.) Both plaintiffs seek nominal damages and punitive damages in the amount of $15,000 against each defendant, jointly and severally.

41.) Plaintiffs also seek a jury trial on all issues triable by jury.

42.) Plaintiffs also seek recovery of their costs in this suit as well as Compensation for all Attorneys, Legal advisors, Clergy and Experts that provide aid/representation in this Civil Filing, and

Any additional relief this Court deems just, proper and equitable.

Dated September 12th, 2022

Complaint cont...

# VI cont...
## PRAYER FOR RELIEF cont...

Respectfully submitted,

David Misch, plaintiff, pro se
PFN# AMU732
Santa Rita County Jail
5325 Broder Blvd.
Dublin, CA 94568

and

Keith H. Washington, plaintiff, pro se
PFN# CUME239
Santa Rita County Jail
5325 Broder Blvd
Dublin, CA 94568

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Dublin, California on September 12, 2022

David E Misch , pro se
David E. Misch

Keith H. Washington , pro se
Keith H. Washington

Exhaustion of Remedies.

I. cont.
## OBSTRUCTING ACCESS TO COURTS

Upon learning that Plaintiff Misch and Plaintiff Washington may be crafting a Civil Suit the Grievance Department (ACSO) here at Santa Rita County Jail began to hinder my access to my Grievance responses there-by making it impossible for plaintiff Washington to prove Exhaustion.

Plaintiff directs this Court's attention to the following Exhibits.

Exhibit C-1 (Grievance # 192866242)
Submitted: July 31, 2022
Summary of Grievance: Kosher/Halal meals are served in Unsanitary plastic hard Trays.

Plaintiff is still awaiting a final response and may need the Court to Compel the Grievance Department to produce.

Plaintiff Washington has filed Grievances on numerous topics relevant to this Civil Case. *The question must be raised: "IS ACSO making the Grievance Process Unavailable?"*

-3- (Rise 3)

Exhaustion of Remedies.

I, cont..
OBSTRUCTING ACCESS TO COURTS

Exhibit D- Submitted 8-21-2022

Summary of Grievance- Aramark Kitchen employees at Santa Rita County Jail consistently Fail to provide Designated Food items on Halal and Kosher Religious Diet trays. (Grievance# 196939422)

Facility Deadline: 9-4-2022

Plaintiff awaiting Final Response.

Exhibit E - Submitted 8-6-2022

Summary of Grievance- The Grievance Unit in Consort with Alameda County Sheriff OFFice investigators has created an illegitimate program that does not serve its purpose.

Grievance# 194062452  (No Response)

Exhibit F- is remarkable! (Tracking# 22-4426)

Plaintiff Misch Filed the grievance on 8-5-2022 and it seemingly "Disappeared" and was not Found until 8-22-2022 17 days later after the initial Filing.

The Alameda County Sheriff OFFice has rendered the vehicle For review oF our Grievances highly Ineffective & BIAS.

-4- (page 4)

Exhaustion of Remedies...

## I, cont...
## OBSTRUCTING ACCESS TO COURTS

The final issue on this subject is the length
of time it takes to acquire legal materials.
It takes approximately One Month (30 days)
to receive an answer from the law library!

For pro se litigants like plaintiff Misch
and Plaintiff Washington this extended
delay could cause irreparable harm to
their pursuit of Justice.

## PRAYER

WHEREFORE plaintiff Washington prays
that this Honorable Court take these
issues in consideration when making
judgement.

I declare under penalty of perjury that
the foregoing is true and correct.
Executed on September 12th, 2022 at
Dublin, California.

x Keith H. Washington

Keith H. Washington PFN# UME239

Santa Rita County
Jail

-5-