

ted States Courthouse

nald V. Dellums Federal Building

n: Clerk of The Court

01 Clay Street, Suite 400s

kland, CA.

94612

David Misch, AMU-732
Santa Rita Jail, 2-C-6
5325 Broder Blvd
Dublin, Ca. 94568-3309

Uni
Ro
AH
13
Oc

Confidential
Legal
Mail





SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568