**KOSHER HALAL DIET IN FLOPPY TRAY**

**KOSHER HALAL DIET IN FLOPPY TRAY**

Proposed 2/2020
Implemented: 4/2020
Revised 4/2020,7/2021

Exhibit A

*CONFIDENTIAL*
*ALAMEDA COUNTY*
*CALIFORNIA*
*RELIGIOUS MEALS MENU*
Weekly Average 2600 Calories Per Day


aramark

**Week: 1**

### Meal Name: Breakfast

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fruit (1@ or 1/2 cup equivalent) | | Fruit (1@ or 1/2 cup equivalent) | | Fruit (1@ or 1/2 cup equivalent) | | Fruit (1@ or 1/2 cup equivalent) | | Fruit (1@ or 1/2 cup equivalent) | | Fruit (1@ or 1/2 cup equivalent) | | Fruit (1@ or 1/2 cup equivalent) | |
| | 1 portion | | 1 portion | | 1 portion | | 1 portion | | 1 portion | | 1 portion | | 1 portion |
| Kosher Corn Flakes | 1 1/2 cup | Oatmeal | 1 1/2 cup | Kosher Toasted Oats | 1 1/2 cup | Kosher Corn Flakes | 1 1/2 cup | Oatmeal | 1 1/2 cup | Kosher Corn Flakes | 1 1/2 cup | Kosher Toasted Oats | 1 1/2 cup |
| Kosher Bread or Roll | 2 each | Flour Tortilla (6") | 2 each | Kosher Bread or Roll | 2 each | Kosher Bread or Roll | 2 each | Flour Tortilla (6") | 2 each | Kosher Bread or Roll | 2 each | Kosher Bread or Roll | 2 each |
| 1% Milk (Half Pint) | 2 each | 1% Milk (Half Pint) | 2 each | 1% Milk (Half Pint) | 2 each | 1% Milk (Half Pint) | 2 each | 1% Milk (Half Pint) | 2 each | 1% Milk (Half Pint) | 2 each | 1% Milk (Half Pint) | 2 each |
| Peanut Butter | 2 each | Scrambled Eggs (for diets) | 3 ozw | Peanut Butter | 2 each | Kosher Hard Cooked Egg | 1 each | Garden Burger | 1 patty | Peanut Butter | 2 each | Kosher Hard Cooked Egg | 2 each |
| Apple Jelly | 1 packet | Taco Sauce | 1 packet | Grape Jelly | 1 packet | Apple Jelly | 2 packet | Taco Sauce | 1 packet | Apple Jelly | 1 packet | Grape Jelly | 2 packet |
| Sugar | 2 packet | Sugar | 2 packet | Sugar | 2 packet | Sugar | 2 packet | Sugar | 2 packet | Sugar | 2 packet | Sugar | 2 packet |

### Meal Name: Lunch

| MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rinsed Tuna | 4 ozw | Peanut Butter | 2 packet | Kosher Hard Cooked Egg | 1 each | Peanut Butter | 3 each | Rinsed Tuna | 4 ozw | Peanut Butter | 3 each | Kosher Hard Cooked Egg | 1 each |
| Mayo Dressing | 2 packet | Apple Jelly | 2 packet | Mayo Dressing | 2 packet | Grape Jelly | 2 packet | Mayo Dressing | 2 packet | Grape Jelly | 2 packet | Mayo Dressing | 2 packet |
| Kosher Bread or Roll | 4 each | Kosher Bread or Roll | 4 each | Kosher Bread or Roll | 4 each | Kosher Bread or Roll | 4 each | Kosher Bread or Roll | 4 each | Kosher Bread or Roll | 4 each | Kosher Bread or Roll | 4 each |
| Carrot Sticks or Coins | 3 ozw | Carrot Sticks or Coins | 3 each | Carrot Sticks or Coins | 3 ozw | Carrot Sticks or Coins | 3 ozw | Carrot Sticks or Coins | 3 ozw | Carrot Sticks or Coins | 3 ozw | Carrot Sticks or Coins | 3 ozw |
| Orange | 1 each | Orange | 1 each | Orange | 1 each | Orange | 1 each | Orange | 1 each | Orange | 1 each | Orange | 1 each |
| Duplex Sandwich Cookies | 4 each | Duplex Sandwich Cookies | 4 each | Duplex Sandwich Cookies | 4 each | Duplex Sandwich Cookies | 4 each | Duplex Sandwich Cookies | 4 each | Duplex Sandwich Cookies | 4 each | Duplex Sandwich Cookies | 4 each |
| Fruit Drink w/ B12, C, D, E & Calcium | 1 packet | Fruit Drink w/ B12, C, D, E & Calcium | 1 packet | Fruit Drink w/ B12, C, D, E & Calcium | 1 packet | Fruit Drink w/ B12, C, D, E & Calcium | 1 packet | Fruit Drink w/ B12, C, D, E & Calcium | 1 packet | Fruit Drink w/ B12, C, D, E & Calcium | 1 packet | Fruit Drink w/ B12, C, D, E & Calcium | 1 packet |

### Meal Name: Dinner

| MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Creamy Chicken Dinner | 3/4 cup | Beef Stroganoff | 3/4 cup | Taco Meat | 3/4 cup | Sweet & Sour Chicken | 3/4 cup | Pulled BBQ Chicken | 3/4 cup | Sloppy Joe | 3/4 cup | Turkey A La King | 3/4 cup |
| Northern Beans | 1 1/2 cup | Kosher Rice | 1 1/2 cup | Northern Beans | 1 1/2 cup | Kosher Rice | 1 1/2 cup | Kosher Bread or Roll | 2 each | Kosher Bread or Roll | 2 each | Kosher Rotini | 1 1/2 cup |
| Garden Salad | 1 cup | Kosher Coleslaw Vinaigrette | 1 cup | Shredded Lettuce | 1 cup | Garden Salad | 1 cup | Northern Beans | 1 1/2 cup | Northern Beans | 1 1/2 cup | Garden Salad | 1 cup |
| Italian Dressing, pc | 1 each | Kosher Bread or Roll | 2 each | Flour Tortilla (6") | 2 each | Italian Dressing, pc | 1 each | Kosher Coleslaw Vinaigrette | 1 cup | Garden Salad | 1 cup | Italian Dressing, pc | 1 each |
| Kosher Bread or Roll | 2 each | Margarine, pc | 1 each | Fruit Drink w/ Vitamin C | 1 packet | Kosher Bread or Roll | 2 each | Fruit Drink w/ Vitamin C | 1 packet | Italian Dressing, pc | 1 each | Kosher Bread or Roll | 2 each |
| Margarine, pc | 1 each | Fruit Drink w/ Vitamin C | 1 packet | | | Margarine, pc | 1 each | | | Margarine, pc | 1 each | Fruit Drink w/ Vitamin C | 1 packet |
| Fruit Drink w/ Vitamin C | 1 packet | | | | | Fruit Drink w/ Vitamin C | 1 packet | | | Fruit Drink w/ Vitamin C | 1 packet | | |

This menu contains only food items that are kosher and halal. Side dishes are volume measurements. All dinner entrees are made with Texturized Vegetable Protein (TVP) unless otherwise indicated. All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). No pork is used.

**NUTRITION STATEMENT:** This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

General Guidelines: Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads. Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware.
*Fresh Fruit (1 each) or Canned Fruit (1/2 cup) allowed (reference chef's choice handout for approved recipes)

FLM QUARTERLY MENU REVIEW (initial/date) Q1_____ Q2_____ Q3_____ Q4_____
In accordance with ACA Standard (Ref. 4-4316) (MANDATORY) Menu evaluations are conducted at least quarterly by food service supervisory staff to verify adherence to the established daily servings.

Aramark Dietitian's Signature of Nutritional Adequacy:

Client's Signature: _____ Date:_____

FLM Signature: _____ Date:_____

Facility Religious Authority's Signature of Approval: _____ Date:_____

Reviewed 7/2021

CONFIDENTIAL

### ALAMEDA COUNTY
### CALIFORNIA
### RELIGIOUS MEALS MENU
Weekly Average 2600 Calories Per Day

Proposed 2/2020
Implemented: 4/2020
Revised 4/2020,7/2021



**Week:** 2

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| **Meal Name: Breakfast** | | | | | | | |
| | Fruit (1@ or 1/2 cup equivalent) 1 portion | Fruit (1@ or 1/2 cup equivalent) 1 portion | Fruit (1@ or 1/2 cup equivalent) 1 portion | Fruit (1@ or 1/2 cup equivalent) 1 portion | Fruit (1@ or 1/2 cup equivalent) 1 portion | Fruit (1@ or 1/2 cup equivalent) 1 portion | Fruit (1@ or 1/2 cup equivalent) 1 portion |
| | Kosher Corn Flakes 1 1/2 cup | Oatmeal 1 1/2 cup | Kosher Toasted Oats 1 1/2 cup | Kosher Corn Flakes 1 1/2 cup | Oatmeal 1 1/2 cup | Kosher Corn Flakes 1 1/2 cup | Kosher Toasted Oats 1 1/2 cup |
| | Kosher Bread or Roll 2 each | Flour Tortilla (6") 2 each | Kosher Bread or Roll 2 each | Kosher Bread or Roll 2 each | Flour Tortilla (6") 2 each | Kosher Bread or Roll 2 each | Kosher Bread or Roll 2 each |
| | 1% Milk (Half Pint) 2 each | 1% Milk (Half Pint) 2 each | 1% Milk (Half Pint) 2 each | 1% Milk (Half Pint) 2 each | 1% Milk (Half Pint) 2 each | 1% Milk (Half Pint) 2 each | 1% Milk (Half Pint) 2 each |
| | Peanut Butter 2 each | Scrambled Eggs (for diets) 3 ozw | Peanut Butter 2 each | Kosher Hard Cooked Egg 1 each | Garden Burger 1 patty | Peanut Butter 2 each | Kosher Hard Cooked Egg 1 each |
| | Apple Jelly 1 packet | Taco Sauce 1 packet | Apple Jelly 1 packet | Grape Jelly 2 packet | Taco Sauce 1 packet | Apple Jelly 1 packet | Grape Jelly 2 packet |
| | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet |
| **Meal Name: Lunch** | | | | | | | |
| | Rinsed Tuna 4 ozw | Peanut Butter 3 each | Kosher Hard Cooked Egg 1 each | Peanut Butter 3 each | Rinsed Tuna 4 ozw | Peanut Butter 3 each | Kosher Hard Cooked Egg 1 each |
| | Mayo Dressing 2 packet | Apple Jelly 2 packet | Mayo Dressing 2 packet | Apple Jelly 2 packet | Mayo Dressing 2 packet | Grape Jelly 2 packet | Mayo Dressing 2 packet |
| | Kosher Bread or Roll 4 each | Kosher Bread or Roll 4 each | Kosher Bread or Roll 4 each | Kosher Bread or Roll 4 each | Kosher Bread or Roll 4 each | Kosher Bread or Roll 4 each | Kosher Bread or Roll 4 each |
| | Carrot Sticks or Coins 3 ozw | Carrot Sticks or Coins 3 ozw | Carrot Sticks or Coins 3 ozw | Carrot Sticks or Coins 3 ozw | Carrot Sticks or Coins 3 ozw | Carrot Sticks or Coins 3 ozw | Carrot Sticks or Coins 3 ozw |
| | Orange 1 each | Orange 1 each | Orange 1 each | Orange 1 each | Orange 1 each | Orange 1 each | Orange 1 each |
| | Duplex Sandwich Cookies 4 each | Duplex Sandwich Cookies 4 each | Duplex Sandwich Cookies 4 each | Duplex Sandwich Cookies 4 each | Duplex Sandwich Cookies 4 each | Duplex Sandwich Cookies 4 each | Duplex Sandwich Cookies 4 each |
| | Fruit Drink w/ B12, C, D, E & Calcium 1 packet | Fruit Drink w/ B12, C, D, E & Calcium 1 packet | Fruit Drink w/ B12, C, D, E & Calcium 1 packet | Fruit Drink w/ B12, C, D, E & Calcium 1 packet | Fruit Drink w/ B12, C, D, E & Calcium 1 packet | Fruit Drink w/ B12, C, D, E & Calcium 1 packet | Fruit Drink w/ B12, C, D, E & Calcium 1 packet |
| **Meal Name: Dinner** | | | | | | | |
| | Chili 3/4 cup | Chunky Beef Stew 3/4 cup | Sloppy Joe 3/4 cup | Turkey Tetrazzini 3/4 cup | Taco Meat 3/4 cup | Pulled BBQ Chicken 3/4 cup | Italian Meat Sauce 3/4 cup |
| | Kosher Rotini 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Bread or Roll 2 each | Kosher Rotini 1 1/2 cup | Northern Beans 1 1/2 cup | Kosher Bread or Roll 2 each | Kosher Rotini 1 1/2 cup |
| | Kosher Coleslaw Vinaigrette 1 cup | Garden Salad 1 cup | Northern Beans 1 1/2 cup | Garden Salad 1 cup | Shredded Lettuce 1 cup | Northern Beans 2 each | Garden Salad 1 cup |
| | Kosher Bread or Roll 2 each | Italian Dressing, pc 1 each | Kettle Blend Mixed Vegetables 1 cup | Italian Dressing, pc 1 each | Flour Tortilla (6") 2 each | Kosher Coleslaw Vinaigrette 1 cup | Italian Dressing, pc 1 each |
| | Margarine, pc 1 each | Kosher Bread or Roll 2 each | Fruit Drink w/ Vitamin C 1 packet | Kosher Bread or Roll 2 each | Fruit Drink w/ Vitamin C 1 packet | Fruit Drink w/ Vitamin C 1 packet | Kosher Bread or Roll 2 each |
| | Fruit Drink w/ Vitamin C 1 packet | Margarine, pc 1 each | | Margarine, pc 1 each | | | Margarine, pc 1 each |
| | | Fruit Drink w/ Vitamin C 1 packet | | Fruit Drink w/ Vitamin C 1 packet | | | Fruit Drink w/ Vitamin C 1 packet |

This menu contains only food items that are kosher and halal. Side dishes are volume measurements. All dinner entrees are made with Texturized Vegetable Protein (TVP) unless otherwise indicated. All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). No pork is used.

**NUTRITION STATEMENT:** This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

General Guidelines: Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads. Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware.
*Fresh Fruit (1 each) or Canned Fruit (1/2 cup) allowed (reference chef's choice handout for approved recipes)

FLM QUARTERLY MENU REVIEW (initial/date) Q1_____ Q2_____ Q3_____ Q4_____
In accordance with ACA Standard (Ref. 4-4316) (MANDATORY) Menu evaluations are conducted at least quarterly by food service supervisory staff to verify adherence to the established daily servings.

**Aramark Dietitian's Signature of Nutritional Adequacy:**

Reviewed 7/2021

Client's Signature: _____ Date:_____

FLM Signature: _____ Date:_____

Facility Religious Authority's Signature of Approval: _____ Date:_____

CONFIDENTIAL

ARAMARK-002053

H/U 2
#20

H/U 2

Proposed 2/2020
Implemented: 4/2020
Revised 4/2020,7/2021

**CONFIDENTIAL**
*ALAMEDA COUNTY*
*CALIFORNIA*
*RELIGIOUS MEALS MENU*
Weekly Average 2600 Calories Per Day


aramark

**Week:** 3

| | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Meal Name: Breakfast** | | | | | | | | | | | | | | |
| Fruit (1@ or 1/2 cup equivalent) | 1 portion | Fruit (1@ or 1/2 cup equivalent) | 1 portion | Fruit (1@ or 1/2 cup equivalent) | 1 portion | Fruit (1@ or 1/2 cup equivalent) | 1 portion | Fruit (1@ or 1/2 cup equivalent) | 1 portion | Fruit (1@ or 1/2 cup equivalent) | 1 portion | Fruit (1@ or 1/2 cup equivalent) | 1 portion | | |
| Kosher Corn Flakes | 1 1/2 cup | Oatmeal | 1 1/2 cup | Kosher Toasted Oats | 1 1/2 cup | Kosher Corn Flakes | 1 1/2 cup | Oatmeal | 1 1/2 cup | Kosher Corn Flakes | 1 1/2 cup | Kosher Toasted Oats | 1 1/2 cup | |
| Kosher Bread or Roll | 2 each | Flour Tortilla (6") | 2 each | Kosher Bread or Roll | 2 each | Kosher Bread or Roll | 2 each | Flour Tortilla (6") | 2 each | Kosher Bread or Roll | 2 each | Kosher Bread or Roll | 2 each | |
| 1% Milk (Half Pint) | 2 each | 1% Milk (Half Pint) | 2 each | 1% Milk (Half Pint) | 2 each | 1% Milk (Half Pint) | 2 each | 1% Milk (Half Pint) | 2 each | 1% Milk (Half Pint) | 2 each | 1% Milk (Half Pint) | 2 each | |
| Peanut Butter | 2 each | Scrambled Eggs (for diets) | 3 ozw | Peanut Butter | 2 each | Kosher Hard Cooked Egg | 1 each | Garden Burger | 1 patty | Peanut Butter | 2 each | Kosher Hard Cooked Egg | 1 each | |
| Apple Jelly | 1 packet | Taco Sauce | 1 packet | Grape Jelly | 1 packet | Apple Jelly | 2 packet | Taco Sauce | 1 packet | Apple Jelly | 1 packet | Grape Jelly | 2 packet | |
| Sugar | 2 packet | Sugar | 2 packet | Sugar | 2 packet | Sugar | 2 packet | Sugar | 2 packet | Sugar | 2 packet | Sugar | 2 packet | |
| **Meal Name: Lunch** | | | | | | | | | | | | | | |
| Rinsed Tuna | 4 ozw | Peanut Butter | 3 each | Kosher Hard Cooked Egg | 1 each | Peanut Butter | 3 each | Rinsed Tuna | 4 ozw | Peanut Butter | 3 each | Kosher Hard Cooked Egg | 1 each | |
| Mayo Dressing | 2 packet | Apple Jelly | 2 packet | Mayo Dressing | 2 packet | Grape Jelly | 2 packet | Mayo Dressing | 2 packet | Grape Jelly | 2 packet | Mayo Dressing | 2 packet | |
| Kosher Bread or Roll | 4 each | Kosher Bread or Roll | 4 each | Kosher Bread or Roll | 4 each | Kosher Bread or Roll | 4 each | Kosher Bread or Roll | 4 each | Kosher Bread or Roll | 4 each | Kosher Bread or Roll | 4 each | |
| Carrot Sticks or Coins | 3 ozw | Carrot Sticks or Coins | 3 ozw | Carrot Sticks or Coins | 3 ozw | Carrot Sticks or Coins | 3 ozw | Carrot Sticks or Coins | 3 ozw | Carrot Sticks or Coins | 3 ozw | Carrot Sticks or Coins | 3 ozw | |
| Orange | 1 each | Orange | 1 each | Orange | 1 each | Orange | 1 each | Orange | 1 each | Orange | 1 each | Orange | 1 each | |
| Duplex Sandwich Cookies | 4 each | Duplex Sandwich Cookies | 4 each | Duplex Sandwich Cookies | 4 each | Duplex Sandwich Cookies | 4 each | Duplex Sandwich Cookies | 4 each | Duplex Sandwich Cookies | 4 each | Duplex Sandwich Cookies | 4 each | |
| Fruit Drink w/ B12, C, D, E & Calcium | 1 packet | Fruit Drink w/ B12, C, D, E & Calcium | 1 packet | Fruit Drink w/ B12, C, D, E & Calcium | 1 packet | Fruit Drink w/ B12, C, D, E & Calcium | 1 packet | Fruit Drink w/ B12, C, D, E & Calcium | 1 packet | Fruit Drink w/ B12, C, D, E & Calcium | 1 packet | Fruit Drink w/ B12, C, D, E & Calcium | 1 packet | |
| **Meal Name: Dinner** | | | | | | | | | | | | | | |
| Creamy Chicken Dinner | 3/4 cup | Beef Stroganoff | 3/4 cup | Taco Meat | 3/4 cup | Sweet & Sour Chicken | 3/4 cup | Pulled BBQ Chicken | 3/4 cup | Sloppy Joe | 3/4 cup | Turkey A La King | 3/4 cup | |
| Northern Beans | 1 1/2 cup | Kosher Rice | 1 1/2 cup | Northern Beans | 1 1/2 cup | Kosher Rice | 1 1/2 cup | Kosher Bread or Roll | 2 each | Kosher Bread or Roll | 2 each | Kosher Rotini | 1 1/2 cup | |
| Garden Salad | 1 cup | Kosher Coleslaw Vinaigrette | 1 cup | Shredded Lettuce | 1 cup | Garden Salad | 1 cup | Northern Beans | 1 1/2 cup | Northern Beans | 1 1/2 cup | Garden Salad | 1 cup | |
| Italian Dressing, pc | 1 each | Kosher Bread or Roll | 2 each | Flour Tortilla (6") | 2 each | Italian Dressing, pc | 1 each | Kosher Coleslaw Vinaigrette | 1 cup | Garden Salad | 1 cup | Italian Dressing, pc | 1 each | |
| Kosher Bread or Roll | 2 each | Margarine, pc | 1 each | Fruit Drink w/ Vitamin C | 1 packet | Kosher Bread or Roll | 2 each | Fruit Drink w/ Vitamin C | 1 packet | Italian Dressing, pc | 1 each | Kosher Bread or Roll | 2 each | |
| Margarine, pc | 1 each | Fruit Drink w/ Vitamin C | 1 packet | | | Margarine, pc | 1 each | | | Margarine, pc | 1 each | Margarine, pc | 1 each | |
| Fruit Drink w/ Vitamin C | 1 packet | | | | | Fruit Drink w/ Vitamin C | 1 packet | | | Fruit Drink w/ Vitamin C | 1 packet | Fruit Drink w/ Vitamin C | 1 packet | |

This menu contains only food items that are kosher and halal.  Side dishes are volume measurements.  All dinner entrees are made with Texturized Vegetable Protein (TVP) unless otherwise indicated.  All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). No pork is used.

**NUTRITION STATEMENT:**  This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences.   Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

General Guidelines: Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads.   Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served.   Serve meal on disposable or designated kosher trays with disposable or kosher only tableware.
*Fresh Fruit (1 each) or Canned Fruit (1/2 cup) allowed (reference chef's choice handout for approved recipes)

FLM QUARTERLY MENU REVIEW (initial/date) Q1_____ Q2_____ Q3_____ Q4_____
In accordance with ACA Standard (Ref. 4-4316) (MANDATORY) Menu evaluations are conducted at least quarterly by food service supervisory staff to verify adherence to the established daily servings.

**Aramark Dietitian's Signature of Nutritional Adequacy:**

Reviewed 7/2021

Client's Signature: _____Date:_____

FLM Signature: _____Date:_____

Facility Religious Authority's Signature of Approval: _____Date:_____

CONFIDENTIAL

*ALAMEDA COUNTY*
*CALIFORNIA*
*RELIGIOUS MEALS MENU*
Weekly Average 2600 Calories Per Day

Proposed 2/2020
Implemented: 4/2020
Revised 4/2020,7/2021



**Week:** 4

## Meal Name: Breakfast

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Fruit (1@ or 1/2 cup equivalent) 1 portion | Fruit (1@ or 1/2 cup equivalent) 1 portion | Fruit (1@ or 1/2 cup equivalent) 1 portion | Fruit (1@ or 1/2 cup equivalent) 1 portion | Fruit (1@ or 1/2 cup equivalent) 1 portion | Fruit (1@ or 1/2 cup equivalent) 1 portion | Fruit (1@ or 1/2 cup equivalent) 1 portion |
| Kosher Corn Flakes 1 1/2 cup | Oatmeal 1 1/2 cup | Kosher Toasted Oats 1 1/2 cup | Kosher Corn Flakes 1 1/2 cup | Oatmeal 1 1/2 cup | Kosher Corn Flakes 1 1/2 cup | Kosher Toasted Oats 1 1/2 cup |
| Kosher Bread or Roll 2 each | Flour Tortilla (6") 2 each | Kosher Bread or Roll 2 each | Kosher Bread or Roll 2 each | Flour Tortilla (6") 2 each | Kosher Bread or Roll 2 each | Kosher Bread or Roll 2 each |
| 1% Milk (Half Pint) 2 each | 1% Milk (Half Pint) 2 each | 1% Milk (Half Pint) 2 each | 1% Milk (Half Pint) 2 each | 1% Milk (Half Pint) 2 each | 1% Milk (Half Pint) 2 each | 1% Milk (Half Pint) 2 each |
| Peanut Butter 2 each | Scrambled Eggs (for diets) 3 ozw | Peanut Butter 2 each | Kosher Hard Cooked Egg 1 each | Garden Burger 1 patty | Peanut Butter 2 each | Kosher Hard Cooked Egg 1 each |
| Apple Jelly 1 packet | Taco Sauce 1 packet | Grape Jelly 1 packet | Apple Jelly 2 packet | Taco Sauce 1 packet | Apple Jelly 1 packet | Grape Jelly 2 packet |
| Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet |

## Meal Name: Lunch

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Rinsed Tuna 4 ozw | Peanut Butter 3 each | Kosher Hard Cooked Egg 1 each | Peanut Butter 3 each | Rinsed Tuna 4 ozw | Peanut Butter 3 each | Kosher Hard Cooked Egg 1 each |
| Mayo Dressing 2 packet | Apple Jelly 2 packet | Mayo Dressing 2 packet | Grape Jelly 2 packet | Mayo Dressing 2 packet | Grape Jelly 2 packet | Mayo Dressing 2 packet |
| Kosher Bread or Roll 4 each | Kosher Bread or Roll 4 each | Kosher Bread or Roll 4 each | Kosher Bread or Roll 4 each | Kosher Bread or Roll 4 each | Kosher Bread or Roll 4 each | Kosher Bread or Roll 4 each |
| Carrot Sticks or Coins 3 ozw | Carrot Sticks or Coins 3 ozw | Carrot Sticks or Coins 3 ozw | Carrot Sticks or Coins 3 ozw | Carrot Sticks or Coins 3 ozw | Carrot Sticks or Coins 3 ozw | Carrot Sticks or Coins 3 ozw |
| Orange 1 each | Orange 1 each | Orange 1 each | Orange 1 each | Orange 1 each | Orange 1 each | Orange 1 each |
| Duplex Sandwich Cookies 4 each | Duplex Sandwich Cookies 4 each | Duplex Sandwich Cookies 4 each | Duplex Sandwich Cookies 4 each | Duplex Sandwich Cookies 4 each | Duplex Sandwich Cookies 4 each | Duplex Sandwich Cookies 4 each |
| Fruit Drink w/ B12, C, D, E & Calcium 1 packet | Fruit Drink w/ B12, C, D, E & Calcium 1 packet | Fruit Drink w/ B12, C, D, E & Calcium 1 packet | Fruit Drink w/ B12, C, D, E & Calcium 1 packet | Fruit Drink w/ B12, C, D, E & Calcium 1 packet | Fruit Drink w/ B12, C, D, E & Calcium 1 packet | Fruit Drink w/ B12, C, D, E & Calcium 1 packet |

## Meal Name: Dinner

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Chili 3/4 cup | Chunky Beef Stew 3/4 cup | Sloppy Joe 3/4 cup | Turkey Tetrazzini 3/4 cup | Taco Meat 3/4 cup | Pulled BBQ Chicken 3/4 cup | Italian Meat Sauce 3/4 cup |
| Kosher Rotini 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Bread or Roll 2 each | Kosher Rotini 1 1/2 cup | Northern Beans 1 1/2 cup | Kosher Bread or Roll 2 each | Kosher Rotini 1 1/2 cup |
| Kosher Coleslaw Vinaigrette 1 cup | Garden Salad 1 cup | Northern Beans 1 1/2 cup | Garden Salad 1 cup | Shredded Lettuce 1 cup | Northern Beans 1 1/2 cup | Garden Salad 1 cup |
| Kosher Bread or Roll 2 each | Italian Dressing, pc 1 each | Kettle Blend Mixed Vegetables 1 cup | Italian Dressing, pc 1 each | Flour Tortilla (6") 2 each | Kosher Coleslaw Vinaigrette 1 cup | Italian Dressing, pc 1 each |
| Margarine, pc 1 each | Kosher Bread or Roll 2 each | Fruit Drink w/ Vitamin C 1 packet | Kosher Bread or Roll 2 each | Fruit Drink w/ Vitamin C 1 packet | Fruit Drink w/ Vitamin C 1 packet | Kosher Bread or Roll 2 each |
| Fruit Drink w/ Vitamin C 1 packet | Margarine, pc 1 each | | Margarine, pc 1 each | | | Margarine, pc 1 each |
| | Fruit Drink w/ Vitamin C 1 packet | | Fruit Drink w/ Vitamin C 1 packet | | | Fruit Drink w/ Vitamin C 1 packet |

This menu contains only food items that are kosher and halal. Side dishes are volume measurements. All dinner entrees are made with Texturized Vegetable Protein (TVP) unless otherwise indicated. All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). No pork is used.

NUTRITION STATEMENT: This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

General Guidelines: Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads. Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware.
*Fresh Fruit (1 each) or Canned Fruit (1/2 cup) allowed (reference chef's choice handout for approved recipes)

FLM QUARTERLY MENU REVIEW (initial/date) Q1_____ Q2_____ Q3_____ Q4_____
In accordance with ACA Standard (Ref. 4-4316) (MANDATORY) Menu evaluations are conducted at least quarterly by food service supervisory staff to verify adherence to the established daily servings.

**Aramark Dietitian's Signature of Nutritional Adequacy:**

Reviewed 7/2021

Client's Signature: _____ Date:_____

FLM Signature: _____ Date:_____

Facility Religious Authority's Signature of Approval: _____ Date:_____

ARAMARK-002055

H/U 2
#20

H/U 2
#20

# Exhibit B

Record of electronic messages sent to "Aramarks", Santa Rita Jailskitchen facility supervisors by David E Misch using his GTL issued tablets messaging Ap. Dates and Assigned Message numbers.

| | Dates | Assigned Number | | Dates | Assigned Number |
|---|---|---|---|---|---|
| 1 | 5/20/20 | 090550213 | 20 | 10/18/20 | 105176853 |
| 2 | 5/22/20 | 090740343 | 21 | 10/19/20 | 105250883 |
| 3 | 5/27/20 | 091124533 | 22 | 10/20/20 | 105375693 |
| 4 | 5/29/20 | 091377313 | 23 | 10/21/20 | 105565483 |
| 5 | 9/17/20 | 102048003 | 24 | 10/21/20 | 105566383 |
| 6 | 9/17/20 | 102049033 | 25 | 10/24/20 | 105862553 |
| 7 | 9/17/20 | 102050093 | 26 | 10/29/20 | 106306503 |
| 8 | 9/18/20 | 102196353 | 27 | 10/29/20 | 106307463 |
| 9 | 9/19/20 | 102262393 | 28 | 10/29/20 | 106308273 |
| 10 | 9/19/20 | 102263303 | 29 | 10/29/20 | 106309023 |
| 11 | 9/19/20 | 102264543 | 30 | 11/2/20 | 106686413 |
| 12 | 9/21/20 | 102467863 | 31 | 11/8/20 | 107357683 |
| 13 | 9/24/20 | 102815083 | 32 | 11/15/20 | 108050623 |
| 14 | 9/26/20 | 102977673 | 33 | 11/15/20 | 108052013 |
| 15 | 9/27/20 | 103032313 | 34 | 11/15/20 | 108053273 |
| 16 | 9/28/20 | 103193953 | 35 | 8/27/21 | 139142862 |
| 17 | 9/28/20 | 103194943 | 36 | 2/4/22 | 162698332 |
| 18 | 9/30/20 | 103411423 | 37 | 5/7/22 | 177451182 |
| 19 | 10/18/20 | 105175093 | 38 | 9/6/22 | 200034322 |

All messages were concerning the kosher/Halal religious meals. Portion shortages and outright omissions of portions required Per the Alameda County Religious Meals Menu. Approved by the "Board of State and Community Correction". Then Sub-contracted to Aramark to provide the approved Menu.

22 -3947)

**Grievance #192866242**

WASHINGTON
UME239
2C03

 Inmate Copy

Exhibit C-1

Profile Photo:
Profile Photo

**Inmate Info**

Name: KEITH WASHINGTON (1968-07-19)
Booking #: UME239
Submitted Date: 07/31/22 14:18
Submitted from Location/Room: S02C03/2 West
Current Location/Room: S02C03/2 West
Facility: Santa Rita Jail Alameda, CA

Audit Photo:
Audit Photo

**Form Info**

Category: Others
Form: Inmate Grievance - Single Level

**Grievance Info**

Status: CLOSED **by** Redacted Staff Name
Facility Deadline: 08/14/22 23:59
Grievance Level: 1
Inmate can reply: No

**Summary of Grievance:**

ARAMARK is serving Kosher/Halal Diet Meals in UNSANITARY plastic hard trays in clear violation of BSCC RELIGIOUS MEAL GUIDELINES

**Details of Grievance:**

**Date Grievance Occurred:**
*Include month, day, and year.*
7/21/2022 to PRESENT

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
The Grievance department here at Santa Rita Jail has already affirmed the FACT that ALL KOSHER AND HALAL MEALS SHALL BE SERVED IN CLEAN AND SANITARY FLOPPY TRAYS. (Reference Grievance tracking number#22-2631) Since being placed on the Halal Diet List I have yet to receive my Religious Meal in a Floppy Tray. ARAMARK EMPLOYEES as well as ACSO employees continue to serve my Halal Meal in UNSANITARY plastic hard trays. I have visually observed residual food from the previous days meals inside the HALAL DIET TRAY which has been served to me in UNSANITARY plastic hard trays. This is unacceptable and I have raised the issue of CROSS contamination in previous grievances. By ignoring my request to have my Religious Meal served in a SANITARY FLOPPY TRAY, ARAMARK and employees of ACSO have engaged in activities that violate my U.S. CONSTITUTIONAL RIGHTS. What is remarkable and must be highlighted here is that the SANTA RITA JAIL GRIEVANCE DEPARTMENT HAS ALREADY AFFIRMED THAT KOSHER/HALAL MEALS SHOULD IN FACT BE SERVED IN SANITARY FLOPPY TRAYS. If the Grievance Department is operating with any INTEGRITY they will research the tracking number I have provided and alert ARAMARK of their violation. Finally, I request that inorder to protect and ensure the SANCTITY of my Religious Meal ALL FUTURE MEALS ARE SERVED IN SANITARY FLOPPY TRAYS PER BSCC RELIGIOUS MEAL GUIDELINES.

**Is this ADA related:**
No

**Is this PREA related?:**
No

**By submitting this form I am consenting to a search of my medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to my HIPAA rights. Do you agree to these terms?:**
Yes

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08:01/22 08:03 | Redacted Staff Name | Staff Response | Your grievance has been assigned Grievance Tracking Number 22-3947 and is now under investigation. You will receive a response after a thorough investigation has been conducted. You will receive a paper copy of this grievance. |
| 08/01/22 08:03 | Redacted Staff Name | Changed Status | From 'Open' to 'Closed' |
| 07/31/22 14:18 | KEITH WASHINGTON | Submitted New | ARAMARK is serving Kosher/Halal Diet Meals in UNSANITARY plastic hard trays in clear violation of BSCC RELIGIOUS MEAL GUIDELINES |

Exhibit C-2

This Exhibit (C-2) corresponds with Exhibit C-1
Exhibit C-1 being Grievance #192866242 with a
tracking number (22-3947).
What you see at the bottom of this page is
the actual label placed on a Kosher/Halal meal
which is served in the appropriate disposable
Floppy Tray.
                                                          Tracking #
Plaintiff Misch Filed Grievance (22-2631) and
the Grievance Department agreed that the dis-
posable Floppy Tray was appropriate for our
Kosher/Halal meal. Yet for some reason I
have been treated differently. I = Plaintiff
                                              Washington
Plaintiff Washington cites an Equal pro-
tection clause violation - The ARAMARK
Kitchen has refused to respect Plaintiffs
Cross Contamination Argument or the Fact
that serving our Religious meals on the
unclean Hard Plastic Trays defiles and
violates the Sanctity of our Meal.

**H/U 2**
**#20**
**KOSHER HALAL DIET**
**IN FLOPPY TRAY**

**H/U 2**
**#20**
**KOSHER HALAL DIET**
**IN FLOPPY TRAY**

C-2

4416

**Grievance #196939422**

WASHINGTON
UME239
2C7

Inmate Copy

Exhibit D

**Profile Photo:**
Profile Photo

**Inmate Info**

Name: KEITH WASHINGTON (1968-07-19)
Booking #: UME239
Submitted Date: 08/21/22 19:23
Submitted from Location/Room: S02C07/2 West
Current Location/Room: S02C07/2 West
Facility: Santa Rita Jail Alameda, CA

**Audit Photo:**
Audit Photo

**Form Info**

Category: Others
Form: Inmate Grievance - Single Level

**Grievance Info**

Status: CLOSED by Redacted Staff Name
Facility Deadline: 09/04/22 23:59
Grievance Level: 1
Inmate can reply: No

**Summary of Grievance:**

ARAMARK KITCHEN EMPLOYEES AT SRJ CONSISTENTLY FAIL TO PROVIDE DESIGNATED FOOD ITEMS ON HALAL AND KOSHER RELIGIOUS DIET TRAYS.

**Details of Grievance:**

**Date Grievance Occurred:**
*Include month, day, and year.*
On going since July 2022 till the PRESENT.

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
On the morning of August 21st, 2022 the Aramark food service at Santa Rita Jail sent out Halal and Kosher breakfast trays that DID NOT have the designated Protein Items. The inability of ARAMARK to provide the designated food items for Religious Diet Adherents has become a regular occurrence which has translated into an unofficial policy and pattern of practice at this County Jail. What is remarkable is that the Alameda County Sheriff's Office continues to turn a blind eye to the unprofessional, unethical and unconstitutional behavior of ARAMARK all in the name of cutting corners and saving a dollar. Unfortunately what is happening is that my Constitutional Right to practice my religion is being unfairly infringed upon by ARAMARK and ACSO employees/representatives. Furthermore, on top of this violation, ARAMARK continues to ignore BSCC RELIGIOUS MEAL GUIDELINES by serving my Halal Diet on UNCLEAN AND UNSANITARY HARD PLASTIC TRAYS INSTEAD OF DISPOSABLE TRAYS. Grievance Department Deputy Nelson had the audacity to claim that ARAMARK did not have to follow this stipulation which actually protects Religious Adherents from CROSS CONTAMINATION. Sheriff Deputy Nelson's ignorance of the BSCC POLICY is a glaring example of the GRIEVANCE DEPARTMENT'S FAILURE TO CONDUCT THOROUGH AND FACT FINDING INVESTIGATIONS. I request that I am not singled out for retaliation for engaging in U.S. Constitution PROTECTED CONDUCT. THIS IS HOW WE ACCESS THE COURTS!

**Is this ADA related:**
No

**Is this PREA related?:**
No

**By submitting this form I am consenting to a search of my medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to my HIPAA rights. Do you agree to these terms?:**
Yes

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/22/22 07:32 | Redacted Staff Name | Staff Response | Your grievance has been assigned Grievance Tracking Number 22-4416 and is now under investigation. You will receive a response after a thorough investigation has been conducted. You will receive a paper copy of this grievance. |
| 08/22/22 07:32 | Redacted Staff Name | Changed Status | From 'Open' to 'Closed' |
| 08/21/22 19:23 | KEITH WASHINGTON | Submitted New | ARAMARK KITCHEN EMPLOYEES AT SRJ CONSISTENTLY FAIL TO PROVIDE DESIGNATED FOOD ITEMS ON HALAL AND KOSHER RELIGIOUS DIET TRAYS. |

AUG 2 2 2022

22-4121

## Grievance #194062452

WASHINGTON
UME239

Inmate Copy

2003

Exhibit. E

**Profile Photo:**
Profile Photo

**Inmate Info**

Name: KEITH WASHINGTON (1968-07-19)
Booking #: UME239
Submitted Date: 08/06/22 13:31
Submitted from Location/Room: S02C03/2 West
Current Location/Room: S02C03/2 West
Facility: Santa Rita Jail Alameda, CA

**Audit Photo:**
Audit Photo

**Form Info**

Category: Others
Form: Inmate Grievance - Single Level

**Grievance Info**

Status: CLOSED by Redacted Staff Name
Facility Deadline: 08/20/22 23:59
Grievance Level: 1
Inmate can reply: No

**Summary of Grievance:**

The Grievance Unit in consort with ACSO Investigators has created an illegitimate program that does not serve its purpose.

**Details of Grievance:**

**Date Grievance Occurred:**
*Include month, day, and year.*
April 2022 thru present

**Grievance Details:**
*Be specific... (Names, dates, location, etc.)*
This grievance is directed toward The Grievance Unit here at Santa Rita Jail and Lieutenant D. Taylor (#1509) as well as Lieutenant T. Modeste (#1893). This grievance was prompted by a Inmate Grievance Response that I received on August 5th, 2022 which is directly related to a grievance I filed-please see tracking number 22-3561. I state for the record that the Grievance Unit has established a pattern of conduct whereby they falsely claim to perform thorough investigation of inmate grievances and then they deliver denials such as the one I received on August 5th, 2022 which not only ignore the allegations of our grievances but also provide nonsensical responses that reveal no thorough investigation was performed at all.
In my grievance (22-3561) I clearly stated that I had submitted numerous medical requests to medical related to my Halal Diet. By ignoring my request Wellpath Medical and ACSO engaged in a Constructive Denial of my Religious Rights. If the Lieutenants and Investigators did in fact perform a thorough investigation as they claimed then they would have discovered the following requests that I made on my tablet to Wellpath. Review request #185343402 made on 6/21/2022, #187817072 (7/9/2022) as well as #189168622 (7/11/2022). Furthermore, I filed 3 grievances over 4 months and I continued to receive false allegations that thorough investigation was performed. This is Not an Isolated incident there is a systemic problem that exists here.

**Is this ADA related:**
No

**Is this PREA related?:**
No

**By submitting this form I am consenting to a search of my medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to my HIPAA rights. Do you agree to these terms?:**
Yes

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/08/22 09:32 | Redacted Staff Name | Staff Response | Your grievance has been assigned Grievance Tracking Number 22-4121 and is now under investigation. You will receive a response after a thorough investigation has been conducted. You will receive a paper copy of this grievance. |
| 08/08/22 09:32 | Redacted Staff Name | Changed Status | From 'Open' to 'Closed' |
| 08/06/22 13:31 | KEITH WASHINGTON | Submitted New | The Grievance Unit in consort with ACSO Investigators has created an illegitimate program that does not serve its purpose. |

AUG 0 8 2022

Lost food
17 Days

AS EXHIBIT F

## ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM

[ ] ADA
RELATED

[X] Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

**NAME:** David Misch   **PFN:** AMU-732   **DATE:** 8-5-22   **HU/FLOOR** 2C-6

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* **DATE GRIEVANCE OCCURRED** 8-5-22

S.R.J's kitchen is failing to follow BSCC Guidelines for Dinner Meal
**Grievance Details:**   serving religious Meals.

Once Again my Religious Meal - Kosher/Halal
was served on (Undesignated Kosher Trays).
In Violation of BSCC Standards and Guidelines.
The Plastic Hard Trays are Not Designated Kosher,
and only end up in trash as thats how my Religion beliefs are treated.
* Aramarks Own BSCC certified menu specifies "serve on
disposable Tray or designated Kosher Tray". Meaning Not
used for any other purpose but Kosher meals. Not mixed
with other Trays at any time to avoided "Cross Contamination"
and destroy Sanctity of Religious Meal.

Prior Grievances have Affirmed my and All Religious Meals
must be on/in Floppy Disposable Trays. As S.R.J can not
provided (designated Kosher Trays).
S.R.J's kitchen continues to ignore these Religious
Meals Guidelines - ignore the Grievance Unit seeking
compliance and has removed the "Floppy Tray" designation
that was on Unit Meals list. The Only Meal I will be
able to eat is a lunch without debasing my Religous beliefs

**INMATE SIGNATURE:** David Misch

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your response.*

### ***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
### ***DO NOT WRITE BELOW THIS LINE***

**Received by Deputy:** M. NHOTHKHAMDY   **Badge#** 2655   **Date:** 08/22/22

[ ] Resolved at Deputy Level   **Inmate Acceptance (*Signature*)** _____

[X] Cannot be resolved at Deputy Level   **Grievance Tracking Number:** 22-4426

**PREA Tracking Number:** _____

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
Pink-Inmate

ML-51 (rev 03/19)

✱ Exhibit

## ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM
[ ✗ ] Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

[ ] ADA
RELATED

NAME: David Misch   PFN: AMU-732   DATE: 8/24/22   HU/FLOOR 2C-6

*Only one grievance issue per form* ---- (Subject to refusal if failure to comply) DATE GRIEVANCE OCCURRED 8/24/22

Grievance Details: Kosher/Halal breakfast Missing Required fruit portion

At Approx: 0615 My breakfast meal was presented at my door. The second tray which should of contained Fruit ½c. Was missing the required portion per the Alameda County Religious meals menu to meet BSCC approved nutritional guidelines.

Deputy Haynes was present and caught on body camera the shortage.

Once Again Aramark showes there is No Supervision to insure trays have proper items supplied to meet the BSCC requirments. Leaving me hungry and without proper nutrition. As earlier in the week 8-21 my Breakfast was missing the proteins portion. Grievance # 22-4393.

Aramark continues to display deliberate indifference to is requirement to meet nutritional needs and continues to defraud tax payers by not suppling these portions. Nor was any effort made to supply me with a piece of fruit or ½c equivalent in a proper kosher Tray.

INMATE SIGNATURE: David Misch (Can be Resolved by providing 1-apple) orORange

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.*

### ***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
### ***DO NOT WRITE BELOW THIS LINE***

Received by Deputy: S. Trujueños   Badge# 2549   Date: 08/24/22

[ ] Resolved at Deputy Level

[ ✗ ] Cannot be resolved at Deputy Level

Inmate Acceptance (*Signature*) _____

Grievance Tracking Number: 22-4442

PREA Tracking Number: _____

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
Pink-Inmate

ML-51 (rev 03/19)

Exhibit H #1

*Subject: Plaintiff Misch's proof of
Administrative Remedy Exhaustion.

Record of grievances filed by David Misch seeking
administrative Relief. This Record is only from 2/4/22
to date, due to ability to store paper work in cell. All
previous grievances covering another 3yrs are in the custody
of my Attorney Yolanda Huang, including 7.5 hrs of Video
taping of kosher/Halal Religious meals, being cataloged,
weighed and measured. Yolanda Huang only represents me in
the civil case #3:19-CV-07423 JSC which is a class action.
All Records concerning Religious Meals would be made
available to the court if needed to show complete
exhaustion of administrative relief.

| # | Date | Grievance # | Subject of Grievance |
|---|------|-------------|----------------------|
| 1 | 2/4/22 | 22-0740 | Lunch/Fruit and Cookies Missing |
| 2 | 2/5/22 | 22-0754 | Breakfast/Peanut Butter Missing |
| 3 | 2/5/22 | 22-0762 | All Meals/Tried to sub-Smaller Tray, Short Portions |
| 4 | 2/6/22 | 22-0960 | Dinner/Shortages in Proteins, Vegtables & Starches |
| 5 | 2/16/22 | 22-0961 | Lunch/Shortages of Carrot Portions, Packets |
| 6 | 2/18/22 | 22-1017 | Breakfast/4-Days Shortage of Oatmeal portions |
| 7 | 2/19/22 | 22-1034 | Dinners/Shortages in Proteins, Vegtables & starches |
| 8 | 3/1/22 | 22-1287 | Dinner/Shortage in Rice portion. |
| 9 | 3/3/22 | 22-1288 | Dinner/Shortage in Pasta portion. |
| 10 | 3/4/22 | 22-1289 | Breakfast/Shortage in Oatmeal portion |
| 11 | 3/5/22 | 22-1310 | Lunch/Shortage-Tuna-by weight ozw, -50% |
| 12 | 3/8/22 | 22-1398 | kosher/Halal Violation-Trays 3/7 & 3/8 |
| 13 | 3/16/22 | 22-1518 | kosher/Halal Violation-Trays 3/9 — 3/16 |
| 14 | 3/23/22 | 22-1694 | kosher/Halal Violation-Trays 3/16 — 3/23 |
| 15 | 3/30/22 | 22-1826 | kosher/Halal Violation-Trays 3/23 — 3/30 |
| 16 | 3/29/22 | 22-0832 | Lunch/Tuna Shortage-by weight ozw, -50% |
| 17 | 3/30/22 | 22-1827 | Dinner/Missing Vegtable portion |
| 18 | 4/6/22 | 22-2003 | kosher/Halal Violation-Trays |
| 19 | 5/7/22 | 22-2586 | Breakfast/Missing 50% of Peanut Butter Portion * |
| 20 | 5/8/22 | 22-2587 | Lunch/Missing 50% of Peanut Butter Portion * |
| 21 | 5/20/22 | 22-2631 | kosher/Halal Violation-Trays 5/8 — 5/20 * |
|  |  |  | * Affirmed Grievances |

H-1-

Exhibit H-2

## Record of Grievances continued...

| # | Date | Grievance # | Subject of Grievance |
|---|------|-------------|----------------------|
| 22 | 6/2/22 | 22-3026 | Kosher/Halal Violation - Trays |
| 23 | 6/3/22 | 22-3633 | Kosher/Halal Violation - Trays - Breakfast |
| 24 | 6/3/22 | 22-3038 | Kosher/Halal Violation - Trays - Dinner. |
| 25 | 6/4/22 | 22-3041/45 | Kosher/Halal Violation - Trays |
| 26 | 6/5/22 | 22-3059 | Kosher/Halal Violation - Trays |
| 27 | 6/6/22 | 22-3081 | Kosher/Halal Violation - Trays |
| 28 | 6/7/22 | filed - Grievance "Lost?" (52) Days - Not Given | |
| ⎰ | " | # Until 7/29/22 and Processed - | |
| | " | 22-3903 | Kosher/Halal Violation - Trays |
| 26 | 6/11/22 | 22-3160 | Dinner - Missing Margarine 8 of 14 days, 5/29-6/11 |
| 27 | 6/20/22 | 22-3299 | Kosher/Halal Violation - Trays      ✱ |
| 26 | 6/22/22 | 22-3330 | Kosher/Halal Violation - Trays  ✱ |
| 27 | 6/23/22 | 22-3359 | Dinner - Missing Margarine 8 of 14 days 6/12-6/25 |
| 28 | 6/25/22 | 22-3422 | Kosher/Halal Violation - Trays |
| 29 | 7/2/22 | 22-3486 | Breakfast/Complete Missing Tea Both Breakfast-Trays - 6/30, 7/1 @ 7/2 ✱ |
| 30 | 7/30/22 | 22-3921 | Given Wrong Dietary Meal - Not Kosher/Halal |
| 31 | 7/31/22 | 22-3931 | Kosher/Halal Violation - Trays |
| 32 | 8/1/22 | 22-3960 | No Milks Provided for Breakfast - 2 HP Required. |
| 33 | 8/4/22 | 22-4039 | Kosher/Halal Violation - Trays |
| 34 | 8/5/22 | 22-4078 | Kosher/Halal Violation - Trays. |
| 35 | 8/5/22 | filed - Grievance "Lost?" (17) Days - Not Given | |
| ⎰ | " | # Until 8-22/22 and Processed. | |
| | " | 22-4426 | Kosher/Halal Violation - Trays. |
| 36. | 8/17/22 | 22-4339 | Dinner - Missing Vegetable Portions - 7/6, 7/20, 8/3, 8/17 |
| 37 | 8/21/22 | 22-4393 | Breakfast - Missing Any Protein Portion Required. |
| 38 | 8/24/22 | 22-4442 | Breakfast - Missing Required Fruit Portion |
| 39 | 9/1/22 | 22-4593 | Dinners - Missing Margarine Portion 8/28, 8/29, 8/30, 9/1 |
| 40 | 9/4/22 | 22-4619 | Kosher/Halal Violation - Trays. |
| 41 | 9/5/22 | 22-4620 | Breakfast - Only Received 1 of 2 Trays of food Required |
| 42 | 9/5/22 | 199815172 | Unsealed Kosher/Halal Trays - Violation - Unclean. |
| 43 | 9/8/22 | 22-4664 | Unsealed Trays - No investigation by Grievance Unit. |
| 44 | 9/8/22 | 22-4665 | Dinner - Missing Margarine Portion. 9/4, 9/5, 9/6, 9/8. |
| | | | ✱ Affirmed Grievances |

H - 2 -

Exhibit H#3

Record of Grievances continued....

This Record is only a small example compared to the huge iceberg I've ran into seeking administrative Relief over the 4 years and 6 months at Santa Rita Jail. The complete lack of understanding of Religious diets.. led to a 21 day food strike from arrival from CDCR until I received a Religious based diet. Which I was on in CDCR. The lack of any administrative Relief has led to at least another 4 major hunger strikes in 4yrs to Resolve shortages and violations of the sanctity of my meals. I have felt slowly starved bit by bit over the years, with a weight loss of 40+lbs since arriving at S.R.J.

    Being so despondent and degraded by how my meals are treated. The total and deliberate indifference in providing a full meal, is and has become heartbreaking. I can't even look foreward to a meal- as it means more grievances. I'm leary to even open a tray, not kosher/Halal and see the Last meals food still stuck in and on it. Because they won't follow their own menus guidelines. Unsealed Trays & spoiled Salads, Stale Bread, over-cooked exposed foods they're unetable. The Closest word feeling about my meals and the grievance process is SORROW, no caring, no empathy and no protection under the Law.

I declare under penalty of perjury that the Foregoing is true and correct, executed September 9th, 2022 at Dublin, California.    *David E. Misch*
                        David E. Misch
                        PFN # AMU-732

H-3-

Page 1 of 1          EXHIBIT  I #1

**TSG COMMISSARY**
P.O BOX 17490, St Louis, MO 63178-7490
350 for ALAMEDA SANTA RITA CA

Name: WASHINGTON, KEITH HARRY          Bal Before Order: 10.42
ID: UME239          DOB:                        Bal After Order: 5.37
Acct #: 42069                                   Order #: 21365360
CPR #: 45                              Order Date: 09/09/2022
Block: 02          Tier: C          Cell: 07



Page **1** of **1**                    07/22/2022 08:57 AM

**TSG COMMISSARY**
P.O BOX 17490, St Louis, MO 63178-7490
350 for ALAMEDA SANTA RITA CA

Name: WASHINGTON, KEITH HARRY          Bal Before Order: 0.26
ID: UME239          DOB:                        Bal After Order: 0.26
Acct #: 42069          Wave: 129916          Order #: 21037519
CPR #: 39                              Order Date: 07/22/2022
Block: 02          Tier: C          Cell: 03

Page **1** of **1**                    07/01/2022 07:40 AM

**TSG COMMISSARY**
P.O BOX 17490, St Louis, MO 63178-7490
350 for ALAMEDA SANTA RITA CA

Name: WASHINGTON, KEITH HARRY          Bal Before Order: 37.36
ID: UME239          DOB:                        Bal After Order: 20.03
Acct #: 42069          Wave: 124898          Order #: 20888711
CPR #: 37                              Order Date: 07/01/2022
Block: 02          Tier: C          Cell: 03



20888711-37

| Bay-Seq | Qty | UOM | Description | Alias T | Price |
|---------|-----|-----|-------------|---------|-------|
| KA1 | | | | | |
| H-5101 | 1 | EA | CLUB CRACKERS | 3110 | 2.75 |
| H-5105 | 1 | EA | ML HOT BBQ CHIPS 1.5OZ | 6125 | 1.60 |
| I-6000 | 3 | EA | HOT & SPICY VEG RAMEN | 6052 | 3.96 |
| I-6202 | 2 | EA | SLICED JALAPENO PEPPER | 6507 | 1.72 |
| J-7101 | 1 | EA | MOON LODGE PRETZELS 1 | 6108 | 2.30 |

FACILITY ITEMS

| | 1 | EA | Phone Transfer | 9800 V | 5.00 |
|---|-----|-----|-------------|---------|-------|

Page **1** of **1**   EXHIBIT I #2   08/26/2022 08:58 AM

TSG COMMISSARY
P.O BOX 17490, St Louis, MO 63178-7490
350 for ALAMEDA SANTA RITA CA

Name: MISCH, DAVID EMERY

ID: AMU732         DOB:

Acct #: 42069      Wave: 138757

CPR #: 50

Block: 02      Tier: C      Cell: 06

Bal Before Order: 0.05
Bal After Order: 0.05
Order #: 21276318
Order Date: 08/26/2022

---

Page **1** of **1**                     09/02/2022 08:42 AM

TSG COMMISSARY
P.O BOX 17490, St Louis, MO 63178-7490
350 for ALAMEDA SANTA RITA CA

Name: MISCH, DAVID EMERY

ID: AMU732         DOB:

Acct #: 42069      Wave: 140579

CPR #: 47

Block: 02      Tier: C      Cell: 06

Bal Before Order: 0.05
Bal After Order: 0.05
Order #: 21320652
Order Date: 09/02/2022

---

Page **1** of **1**                     09/09/2022 08:49 AM

TSG COMMISSARY
P.O BOX 17490, St Louis, MO 63178-7490
350 for ALAMEDA SANTA RITA CA

Name: MISCH, DAVID EMERY

ID: AMU732         DOB:

Acct #: 42069      Wave: 142111

CPR #: 44

Block: 02      Tier: C      Cell: 06

Bal Before Order: 0.05
Bal After Order: 0.05
Order #: 21365360
Order Date: 09/09/2022



21365360-44

KOS
II

22-3

ET

330
10
50
255

145
120
25

265
55
10
20
35
05
20
150

430

<u>AFFIDAVIT</u>                <u>EXHIBIT J</u>

I, Randy Dewayne Pittman, affirm the foregoing Declaration is true to the best of my knowledge and belief. If asked I could competently testify to all statements therein. I submit this on my own accord and do so voluntarily. I've been given nothing nor here I been promised anything for the Declaration. I submit this under the penalty of perjury.

Between April 19, 2022 and May 31, 2022 I was an inmate worker in the kitchen at the Santa Rita Jail ("SRJ"). I worked directly for Aramark, which is the food service provider. Because I practice Judaism I was eager to see how the Kosher meals were prepared. I quickly learned my faith didn't matter.

Kosher / Halal diets are supposed to be prepared separate ALL other diets. I can report the seperation is to avoid cross-contamination, since specialty diets are established to observe cleanliness of faith-based meals. In the SRJ kitchen there is no seperation at all. I seen the same sink, countertop, refridgerator, utensils and so on be used to dice up swine then 30 minutes later be used to prepare the tuna for the Kosher trays. It's very disturbing.

Since the Aramark manager (Mr. Jayson) didn't know my faith I asked him if the kitchen was setup to process Kosher / Halal and he told me he isn't Jewish so

- 1 -

# AFFIDAVIT

## EXIBIT J

he could really care less. At least he was honest.
I worked in every area of the kitchen. I seen
Kosher / Halal food being prepared alongside regular meal
trays daily. Most times the inmate workers. don't even
know they are preparing specialty diets. The cross-
contamination is beyond belief. The food marked as
Kosher / Halal should be an insult to all faiths because
it has no difference then the food I seen hit the floor
then make its way onto a meal tray.
To Jayson, Aramark and the Sheriff its about
putting just enough beans and rice on a tray to say
they legally fed us while profiteering on the backs of
inmates. Its very disturbing.


Sincerely,

Randy D. Pittman
USMS # 49695-177

Exhibit K-1   *INMATE GRIEVANCE RESPONSE*   Inmate Copy

GRIEVANCE TRACKING NUMBER: **22-2458**

INMATE: __**MISCH, DAVID**__   PFN: __**AMU732**__   HOUSING UNIT LOCATION: __2 E-6__

GRIEVANCE IS   AFFIRMED: ____   DENIED: **X**   WITHDRAWN: ____   RESOLVED: ____   REFERRED: ____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **May 1, 2022**. In your grievance, you made the following claim:

- You believe you are being treated unfairly when the housing unit deputies handcuffs you before the start of your pod-time.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

It is within the policy of this facility to ensure all inmates are treated fairly. Further, if any staff member outwardly displays any signs of a bias, that type of conduct is reported immediately to the appropriate supervisor.

For your classification, a Step 1 inmate, when a cell door must be opened, the Step 1 inmate will be placed into restraints prior to having their cell doors opened. This will be accomplished by hand-cuffing the inmate through the cell door porthole. All Step 1 inmates shall be handcuffed behind the back unless there is an appropriate medical reason as to why they cannot. At this time, you are properly classified.

Your classification file is reviewed approximately 60 days for recommendation for down classification.

Your grievance is **DENIED**.

In Reference to excessive use of force. Grievance # 22-3243 They should of never opened my door on 6/15/22 without hand-cuffing me. They broke policy to cause and esculate a situation for the purpose of retaliation for speaking to R.B, G&G just days before concerning, Pod Time, Lack of Mental Health access, and Deputies Attitudes.

Investigating Deputy: **C. Nelson, Deputy**   Date: **7/29/22**

Investigating Supervisor: **M. Carausu, Sergeant**   Date: ____

Inmate's Signature: _D Misch_   Date: **8-4**
AUG 0 4 2022

Do you wish to appeal this ruling?   Yes ____   No _X_   Refused to Answer ____

Reason for appeal: _____

Appeal Officer: ____   Recommendation: ____   Date: ____

Reason for affirmation or denial: (If different from above)

Commanding Officer: __Lt. T. Modeste #1898__   Recommendation: **DENIED**   Date: __08/12/22__

ML52 (Rev.02/2022)

Exhibit

## *INMATE GRIEVANCE RESPONSE*    Inmate Copy

GRIEVANCE TRACKING NUMBER:    **22-3498**

INMATE:    **MISCH, DAVID**    PFN:    **AMU732**    HOUSING UNIT LOCATION:    **2 C 6**

GRIEVANCE IS    AFFIRMED:    **X**    DENIED: _____    WITHDRAWN: _____    RESOLVED: _____    REFERRED: _____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **July 02, 2022**. In your grievance, you made the following claim:

- You were falsely accused of refusing court.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

The incident you are referencing was captured on multiple staff members' Body Worn Cameras (BWC). A review of the footage revealed that when you opted to use the restroom, the deputy noted that as a refusal.

Your grievance is **AFFIRMED.**

**Corrective action:**  A copy of this grievance will be forwarded to the appropriate supervisors for review.

Investigating Deputy:    **P. Atkinson, Sheriff's Technician**    Date:  **07/05/22**

Investigating Supervisor:    **M. Carausu, Sergeant**    Date: _____

Inmate's Signature:    _David Misch_    Date: 2/7/22

Do you wish to appeal this ruling?    Yes _____    No  **X**    Refused to Answer _____

Reason for appeal: _____

Appeal Officer: _____    Recommendation: _____    Date: _____

Reason for affirmation or denial: (If different from above)    **AFFIRMED**

Commanding Officer:    Lt. T. Modeste #1893    Recommendation: _____    Date: 07282022

ML52 (Rev.02/2022)