TO: Clerk of Court
Ronald V. Dellums
Federal Bldg &
U.S. Court House
1301 Clay street, Suite 400S
Oakland, CA 94612

RECEIVED SEP 14 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9-12-2022

From: Plaintiffs David E. Misch PFN#AMU732
& Plaintiff Keith H. Washington PFN# UME239
Santa Rita County Jail

Re: Initial Filing Civil lawsuit

Dear Clerk, please File the enclosed legal documents with the Court. We attempted to place the documents in order as Follows:

- Complaint
- Summons
- Order to Show Cause For Preliminary Injunction & TRO
- Memorandum of Law
- Declaration in support of In Forma Pauperis (both Plaintiffs)
- Declaration to proceed without prepaying costs or Fees — (both Plaintiffs)
- Exhibits A thru K-2
- Plaintiff Washington's Declaration (5-pages) regarding Exhaustion/Obstruction →

Declaration of David E. Misch in support of Temporary Restraining Order

We humbly request you file these legal documents for us as soon as possible.

Respectfully,
Keith H Washington
&
David E Misch