To: Clerk of Court
U.S. Courthouse
1301 Clay Street, Suite 400S     11/1/2022

From: Keith H. Washington
PFN # UME239
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

**RECEIVED**
NOV 04 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Help us Resolve Confusion (Please!)
(Who is "David Washington")

Greetings Clerk of Court.

Plaintiff David Misch and I began as Co-plaintiffs in 22-cv-05278. Judge Haywood S. Gilliam dismissed me (Keith Washington) and I recently Re-Filed my own Complaint as directed by the Court.

My New Case number is:
Case 4:22-CV-06122-HSG
under that case number I have Filed — ① My Complaint
② A New InForma Pauperis Application
③ An Order to Show Cause For an Emergency Preliminary Injun[ction]
④ A Memorandum of Law

*Note: Me and David Misch live next door to one another so we TALK daily.*

I have yet to receive any confirmation that you received or Filed my new Filings under 4:22-cv-06122-HSG.

★ However, just this past week Mr. David Misch has received 2 copies of the enclosed Order Denying "David Washington's" request to Proceed In Forma Pauperis under 22-cv-05278-HSG
We are Confused!
David Misch has Filed an Amended Complaint under
No. C22-cv-05278-HSG (PR)
and has yet to receive any response From court.

I have Filed a new Complaint under - 4:22-cv-06122-HSG.

Did someone Mix our names up by Mistake?
Let us Know what is happening
Respectfully
Keith H. Washington pro se.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MISCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-05278-HSG<br><br>**ORDER DENYING DAVID WASHINGTON'S REQUESTS TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 9 |

　　David Washington's request for leave to proceed *in forma pauperis* is DENIED as moot. Dkt. No. 9. Mr. Washington has been dismissed from this action. Dkt. No. 8.

　　This order terminates Dkt. No. 9.

　　**IT IS SO ORDERED.**

Dated: 10/26/2022

　　　　　　　　　　　　　　　　　　　　_Haywood S. Gilliam, Jr._
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge

Keith H. Washington
PFN# UME 239
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

OAKLAND CA 945
3 NOV 2022 PM 5

Ronald V. Dellums Federal Building
United States Courthouse
Attn: Clerk of Court
1301 Clay Street, Suite 400S
Oakland, CA 94612

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568