Keith H. Washington
PFN# UME 239
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

OAKLAND CA 945
3 NOV 2022 PM 5

Ronald V. Dellums Federal Building
United States Courthouse
Attn: Clerk of Court
1301 Clay Street, Suite 400S
Oakland, CA 94612

94612-52529



SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568