```
David Misch AMU732
5325 Broder Blvd.
Dublin, CA 94568-3309
(775) 335-7773 (message)
In Pro Per
Email: gsanders@destination-freedom.org
```

**FILED**
Sep 25, 2023
~~SEP 2 3 2023~~ BN

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MISCH, | Case Number: 4:22-CV-05278 HSG (PR) |
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| ALAMEDA COUNTY SHERIFF OFFICE, ET AL., | |
| Defendant. | |

    COMES NOW, David Misch, Plaintiff ("Plaintiff") in the above-entitled matter with his notice of appeal regarding the District Court's Order Screening Amended Complaint; Addressing Pending Motions and Recent Filings; Instructions to Plaintiff, dated September 6, 2023, Docket 34. Plaintiff is challenging the dismissal of Docket Nos. 14 (Declaration in Support of Amended Complaint), 15 (Motion to Appoint Counsel), 16 (Motion for an Order), 19 (Memorandum of Law), 21 (Proposed Order), 28 (Declaration), 30 (Motion for Inspection), and 33 (Request for Judicial Notice).

    Plaintiff seeks to appeal the dismissed sections by submitting a request to the 9th Circuit Court of Appeals. Plaintiff humbly requests that the District Clerk forward all relevant court documents to the 9th Circuit as soon as possible.

///

///

TITLE OF DOCUMENT: Notice of Appeal
PAGE NO. 1 of 2

I declare under penalty of perjury that the foregoing is true and correct and is executed on this 21st day of September 2023 at Dublin, California.

Sign Name: *David Misch*

Print Name: DAVID MISCH

TITLE OF DOCUMENT: Notice of Appeal
PAGE NO. 1 of 2