

September 21, 2023

*Via Priority Mail*
US District Court of California
Northern District
Attn: Clerk of the Court
1301 Clay Street Suite 400s
Oakland, California 94612

**FILED**
Sep 25, 2023
~~SEP 2 3 2023~~ BM
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    Re:    Misch v. Alameda County Sheriff's Office et al
            Case No. 4:22-cv- 05278

Dear Clerk:

    Our nonprofit organization advocates for prisoners' rights and assists them with their court filings.

    Enclosed please find the original Notice of Appeal (plus 1 copy) for Mr. Misch in regard to the above-referenced case. Please return the conformed copy to us in the enclosed, self-addressed, postage prepaid envelope for your convenience.

    Should you require additional information or have any questions, please contact me at (775) 335-7773 or email at gsanders@destination-freedom.org.

    Best regards.

                                       Sincerely,
                                       DESTINATION: FREEDOM

                                       Gale Sanders, President

Encls.

*"Justice Delayed Is Justice Denied"*
    *William E. Gladstone*

*Destination: Freedom*
*P O Box 63167*
*Colorado Springs, Colorado 80962-3167*
*(775) 335-7773*
*Website: www.destination-freedom.org*

*Advocates for Prisoner rights, rehabilitation and criminal justice reform*