


**PRESS FIRMLY TO SEAL**     **PRESS FIRMLY TO** 

**PRIORITY MAIL**
FLAT RATE ENVELOPE

# UNITED STATES POSTAL SERVICE®  |  PRIORITY MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international desti
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

To schedule free Package Pick
scan the QR code.


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2


USPS.COM/PICKUP

---

P

US POSTAGE & FEES PAID
PRIORITY MAIL                    062S0014950515
ZONE 5 FLAT-RATE ENVELOPE        7933056
ComBasPrice                      FROM 80962

stamps
endicia
09/21/2023

### USPS PRIORITY MAIL ®

Destination Freedom
PO Box 63167
Colorado Springs CO 80962-3167

SHIP TO:
US District Court of California
Attn Clerk of the Court
1301 Clay St Ste 400s
Oakland CA 94612-5225

**USPS TRACKING #**

9405 5112 0620 3623 2794 41

This package is made from post-consumer waste. Please recycle – again.



**FLAT RATE ENVELOPE**
ONE RATE ◼ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ◼ INSURED**



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.