UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MISCH,<br><br>        Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>        Defendants. | Case No. 22-cv-05278-HSG<br><br>**ORDER OF SERVICE ON ARMARK CORPORATION; DIRECTIONS TO CLERK**<br><br>Re: Dkt. No. 39 |

Plaintiff has provided the Court with an address at which to serve defendant Aramark Corporation. Dkt. No. 39. The Clerk shall issue summons and the United States Marshal shall serve, without prepayment of fees, a copy of the operative complaint (Dkt. No. 13), with all attachments thereto, and a copy of the order screening the operative complaint (Dkt. No. 34) upon **defendant Aramark Corporation at CT Corporation System, 330 N. Brand Blvd., Glendale CA.**

**IT IS SO ORDERED.**

Dated: 11/15/2023

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge