United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MISCH,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendants. | Case No. 22-cv-05278-HSG<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 44 |

Good cause being shown, the request of defendants Alameda County and Sheriff Yesenia Sanchez for an extension of time to file their dispositive motion is GRANTED. Dkt. No. 44. Defendants Alameda County and Sheriff Yesenia Sanchez shall file their dispositive motion by February 5, 2024. Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon defendants Alameda County and Sheriff Yesenia Sanchez no later than 28 days from the date the motion is filed. Defendants Alameda County and Sheriff Yesenia Sanchez shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 44.

**IT IS SO ORDERED.**

Dated:   11/27/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge