**MORGAN, LEWIS & BOCKIUS LLP**
Kevin M. Benedicto (Bar No. 305802)
kevin.benedicto@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

Attorneys for Defendant
ARAMARK CORRECTIONAL SERVICES LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MISCH, <br><br> Plaintiff <br><br> ALAMEDA COUNTY SHERIFF'S OFFICE, et al. <br><br> Defendants. | Case No. No. 4:22-cv-05278-HSG <br><br> **NOTICE OF APPEARANCE OF KEVIN M. BENEDICTO** |

**PLEASE TAKE NOTICE THAT** that attorney Kevin M. Benedicto (California Bar No. 305802) of the law firm of Morgan, Lewis & Bockius LLP, located at One Market, Spear Tower, San Francisco, CA 94105, hereby appears as an attorney of record on behalf of Defendant Aramark Correctional Services LLC in the above-captioned action, is admitted to practice and is in good standing before this Court, and requests that all court documents in connection with this action be served upon him at the email address listed above.

Dated: March 8, 2024                      MORGAN, LEWIS & BOCKIUS LLP

                                          By  /s/ *Kevin M. Benedicto*
                                          _____
                                          Kevin M. Benedicto
                                          Attorney for Defendant
                                          ARAMARK CORRECTIONAL
                                          SERVICES LLC