UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MISCH,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendants. | Case No. 22-cv-05278-HSG<br><br>**ORDER GRANTING REQUEST FOR REFERRAL TO SETTLEMENT PROGRAM; STAYING ACTION; VACATING DEADLINES**<br><br>Re: Dkt. No. 55 |

Good cause being shown, the Court GRANTS Defendants' request for referral of this action for a judicial settlement program. Dkt. No. 55. The case is hereby REFERRED to Magistrate Judge Robert Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program. Such proceedings shall take place within 120 days of the date this order is filed, or as soon thereafter as Magistrate Judge Illman's calendar will permit. Magistrate Judge Illman shall coordinate a place, time and date for one or more settlement conferences with all interested parties and/or their representatives. The Clerk is directed to serve Magistrate Judge Illman with a copy of this order and to notify Magistrate Judge Illman that a copy of the Court file can be retrieved from the Court's electronic filing database.

In view of the referral, further proceedings in this case are hereby STAYED. In light of the referral, the Court VACATES all pending deadlines in this case.

This order terminates Dkt. No. 55.

**IT IS SO ORDERED.**

Dated:  4/10/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge